UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS INSURANCE CASUALTY,   CASE NO. C12-01738-~~MEJ~~ SC

          Plaintiff(s),

    v.   STIPULATION AND [~~PROPOSED~~]
      ORDER SELECTING ADR PROCESS

ELECTROLUX HOME PRODUCTS,
INC., et al.,

          Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

---

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline _230 days_

Dated: July ___, 2012

                                Shawn C. Moore
                                Attorney for Plaintiff

Dated: July 10, 2012

                                D. Mark Jackson
                                Attorney for Defendant

## [~~PROPOSED~~] ORDER

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July   , 2012



_____
UNITED STATES JUDGE

DENIED
Judge Samuel Conti

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

***Travelers Property Casualty Insurance Company (Gildea) v. Electrolux Home Products, Inc., et al.***
***United States District Court Case No.: CV12-01738 MEJ***

### PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is 11070 White Rock Road, Suite 200 in Rancho Cordova, California 95670.

On this date, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

**Attorney for Defendant**

D. Mark Jackson, Esq.
BASSI, EDLIN, HUIE & BLUM, LLP
500 Washington Street, Suite 700
San Francisco, CA 94111-2939
Phone: (415) 397-9006
Fax: (415) 397-1339
mjackson@behblaw.com

The following is the procedure in which service of this document was effected:

__X__ (BY REGULAR MAIL) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox after the close of the day's business.

____ (BY PERSONAL SERVICE) by delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

____ (BY OVERNIGHT CARRIER) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the overnight carrier/box after the close of the day's business.

____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

I, hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Rancho Cordova, California on July 12, 2012.

_____
SHEILA D. BROWN