SHAWN C. MOORE, Esq., SBN 156134
CAROL L. GATZ, Esq., SBN 195023
LAW OFFICES OF JOHN A. BIARD
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Tel: (916) 638-6610
Fax: (855) 631-5920

Attorneys for Plaintiff
Travelers Property Casualty Insurance Company
a/s/o Dennis Gildea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO.: CV-12-01738 SC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br><br><br>Judge: Hon. Samuel Conti<br>Complaint Filed: April 6, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA ("Plaintiff") and Defendant, ELECTROLUX HOME PRODUCTS, INC., by and through their respective counsel, stipulate to dismiss each and every cause of action pled in Plaintiff's

///

///

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON

Complaint and all claims brought against Defendant, ELECTROLUX HOME PRODUCTS, INC. in the above-captioned matter, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

DATED: September 27, 2012

**LAW OFFICES OF JOHN A. BIARD**

By: _____
SHAWN C. MOORE
CAROL L. GATZ
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA

DATED: September 27, 2012

**BASSI, EDLIN, HUIE & BLUM, LLP**

By: _____
NOEL EDLIN
D. MARK JACKSON
E. RENO CROSS
Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

1 [PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE

2     IT IS HEREBY ORDERED that Plaintiff, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA'S ("Plaintiff") Complaint against Defendant, ELECTROLUX HOME PRODUCTS, INC., in the above-captioned matter is dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

DATED: __October 1_____, 2012



HON. SAM
U.S. District

3
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON