1 | SHAWN C. MOORE, Esq., SBN 156134
2 | CAROL L. GATZ, Esq., SBN 195023
  | LAW OFFICES OF JOHN A. BIARD
3 | 11070 White Rock Road, Suite 200
  | Rancho Cordova, CA 95670
4 | Tel:   (916) 638-6610
  | Fax:  (855) 631-5920
5 |
6 | Attorneys for Plaintiff
  | Travelers Property Casualty Insurance Company
7 | a/s/o Dennis Gildea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA, | CASE NO.: CV-12-01738 SC |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON |
| v. | |
| ELECTROLUX HOME PRODUCTS, INC., and DOES 1 through 10, inclusive, | |
| Defendant(s). | Judge: Hon. Samuel Conti<br>Complaint Filed: April 6, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA ("Plaintiff") and Defendant, ELECTROLUX HOME PRODUCTS, INC., by and through their respective counsel, stipulate to dismiss each and every cause of action pled in Plaintiff's

/ / /

/ / /

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON

1  Complaint and all claims brought against Defendant, ELECTROLUX HOME PRODUCTS, INC. in
2  the above-captioned matter, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

3  DATED: September 27, 2012                    **LAW OFFICES OF JOHN A. BIARD**

5                                                By: _____
                                                  SHAWN C. MOORE
6                                                 CAROL L. GATZ
                                                  Attorneys for Plaintiff
7                                                 TRAVELERS PROPERTY CASUALTY
8                                                 INSURANCE COMPANY a/s/o DENNIS
                                                  GILDEA

10 DATED: September 27, 2012                     **BASSI, EDLIN, HUIE & BLUM, LLP**

12                                               By: _____
                                                  NOEL EDLIN
13                                                D. MARK JACKSON
14                                                E. RENO CROSS
                                                  Attorneys for Defendant
15                                                ELECTROLUX HOME PRODUCTS,
                                                  INC.

## [PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that Plaintiff, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY a/s/o DENNIS GILDEA'S ("Plaintiff") Complaint against Defendant, ELECTROLUX HOME PRODUCTS, INC., in the above-captioned matter is dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

DATED: __October 1__, 2012

_____
HON. SAMUEL CONTI
U.S. District Judge

